IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | § CRIMINAL NO. H-12-167 |
| | § |
| ANDRE MCDANIELS | § |

## O R D E R

Counsel for the defendant filed a notice of appeal and a motion for appointment of counsel. (Docket Entry No. 46). The motion is GRANTED. The magistrate judge will appoint counsel for the defendant for appeal purposes.

SIGNED on June 28, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge