# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

CLERK OF COURT
P.O. Box 61010
HOUSTON, TEXAS 77208

www.txs.uscourts.gov

*United States Courts*
*Southern District of Texas*
**FILED**

JAN 08 2016

David J. Bradley, Clerk of Court

Andre McDaniels
08723-045 FDC
PO Box 4200
Three Rivers  TX US  78071

---

Case: 4:14-cv-03196   Instrument: 3   (1 pages)   pty
Date: Dec 24, 2015
Control: 151213199
Notice: The attached order has been entered.

---

CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
POST OFFICE BOX 61010
HOUSTON, TEXAS 77208

OFFICIAL BUSINESS

RETURN TO SENDER
[X] INMATE NO LONGER HERE
[ ] ILLEGIBLE WRITING
[ ] NEED INMATE FULL NAME
[ ] NOT ACCEPTED-NO RETURN ADDRESS
[ ] NAME/NUMBER DO NOT MATCH

RETURN TO SENDER
ATTEMPTED NOT KNOWN
UNABLE TO FORWARD

JAN 08 2016
David J. Bradley, Clerk of Court