ANDRE McDANIELS
FCC BEAUMONT (LOW)
P.O BOX 26020
BEAUMONT TEXAS 77720

July 20, 2016

United States District Court
Southern District of Texas
FILED
JUL 25 2016
David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTSIRICT OF TEXAS

UNITED STATES OF AMERICA
    PLANTIF
VS.
ANDRE McDANIELS
    DEFENDANT

CASE No: 4:12-cr-00167

NOTICE OF APPEAL

Comes Now THE DEFENDANT, ANDRE McDANIELS, PRO-SE, AND HERE BY GIVE NOTICE OF APPEAL FROM THE ORDER ON DENIAL THAT IS DOCKET ENTRY 95, THAT WAS SIGNED BY THE HONORABLE JUDGE ROSENTHAL ON JULY 15, 2016.

RESPECTFULLY SUBMITTED THIS 20th DAY OF JULY 2016

*Andre McDaniels*
ANDRE McDANIELS

⇦08723-045⇨
Mr Andre Mc Daniels
Fci-Low P.O BOX 26020
Beaumont, TX 77720
United States

NORTH HOUSTON TX 772

22 JUL 2016

⇦08723-045⇨
Clerk Off U S District Court
PO BOX 61010
Houston, TX 77208-1010
United States

77208-1010

United States District Court
Southern District of Texas
FILED
JUL 25 2016
David J. Bradley, Clerk of Court